UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADOLFO PATRICIO AGAPITO et al.,<br>　　　　　　　　　　Plaintiffs,<br><br>　　　　-v-<br><br>AHDS BAGEL LLC et al.,<br>　　　　　　　　　　Defendants. | 16-CV-8170 (JPO) |
| MAXIMO PATRICIO et al.,<br>　　　　　　　　　　Plaintiffs,<br><br>　　　　-v-<br><br>AHDS BAGEL LLC et al.,<br>　　　　　　　　　　Defendants. | 17-CV-4127 (JPO) |
| MARCELO RIVERA NERI et al.,<br>　　　　　　　　　　Plaintiffs,<br><br>　　　　-v-<br><br>ARIEY NUSSBAUM et al.,<br>　　　　　　　　　　Defendants. | 18-CV-8321 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

　　On April 10, 2020, the Court preliminarily approved a proposed settlement between the parties in these three related cases.  (Dkt. No. 140.[1])  As the proposed settlement had yet to be executed, the Court directed Plaintiffs to file an executed settlement agreement.  Plaintiffs have now done so.  (Dkt. No. 141.)

---

[1] The Docket Numbers in this Order refer to the docket entries in *Agapito v. AHDS Bagel LLC*, Case No. 16-CV-8170.

1

2

Accordingly, the executed settlement agreement at Docket Number 141 is approved, and these three cases are hereby DISMISSED WITH PREJUDICE.  The Court shall retain jurisdiction solely to resolve any disputes arising from the settlement agreement and the settlement of these actions.

The Clerk of Court is directed to close these cases.

SO ORDERED.

Dated: May 5, 2020
       New York, New York

                                              _____
                                                    J. PAUL OETKEN
                                                United States District Judge